In re SPALDING et al. (Circuit Court of Appeals, Second Circuit. May 4, 1905.) Nos. 238, 239. Appeals from the District Court of the United States for the Southern District of New York. Selden Bacon, for petitioners. E. J. Myers, for respondent. Before WALLACE, TOWNSEND and COXE, Circuit Judges.

PER CURIAM. Reversed in open court. See 134 Fed. 507.

---

TRAVELERS' INS. CO. OF HARTFORD v. BLACK. (Circuit Court of Appeals, Third Circuit. May 17, 1905.) No. 6. In Error to the Circuit Court of the United States for the Western District of Pennsylvania. George M. Hosack, for plaintiff in error. A. T. Black, for defendant in error. Before DALLAS and GRAY, Circuit Judges, and BRADFORD, District Judge.

BRADFORD, District Judge. The questions now raised fairly come within the decision of this court on a former writ of error in this case. Black v. Travelers' Ins. Co., 121 Fed. 732, 58 C. C. A. 14, 61 L. R. A. 500. We do not feel disposed to depart from the principles there laid down; and in accordance with them the judgment below must be and is affirmed, with costs.

---

UNITED STATES v. LEERBURGER. (Circuit Court of Appeals, Second Circuit. May 1, 1905.) No. 223 (3,344). Appeal from the Circuit Court of the United States for the Southern District of New York. Henry A. Wise Asst. U. S. Atty. William B. Coughtry, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court. For decision below, see 130 Fed. 1022.